IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN JACKSON,

     Plaintiff,                                                                ORDER

v.

                                       Case No.  14-cv-122-bbc

BMO HARRIS BANK and MERITER
HOSPITAL,

     Defendants.

---

JOHN JACKSON,

     Plaintiff,                                                                ORDER

v.

                                         Case No.  14-cv-123-bbc

U.S. CELLULAR and WISCONSIN
UNIVERSITY OF WISCONSIN,

     Defendants.

---

Plaintiff John Jackson has filed two proposed civil complaints, alleging that Defendants have violated his rights.  Plaintiff has asked for leave to proceed *in forma pauperis* and has supported his request with an affidavit of indigency.  The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In this circumstance, plaintiff has no dependents and is currently unemployed. Plaintiff receives approximately $9,600 in social security benefits per year.  Plaintiff has no substantial assets.  Accordingly, plaintiff may proceed without any prepayment of fees or costs.

ORDER

IT IS ORDERED that:

1.     The motions filed by plaintiff John Jackson for leave to proceed without prepayment of fees (Dkts. ## 2, 2) are GRANTED.

2.     No further action will be taken in this case until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether either case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief.  Once the screening process is complete for each case, a separate order will issue.

Entered this 24th day of February, 2014.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge