IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN J. JACKSON,

      Plaintiff,                                       JUDGMENT IN A CIVIL CASE

v.                                                14-cv-122-bbc

BMO HARRIS BANK and
MERITER HOSPITAL,

      Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case as frivolous.

| /s/ | 3/26/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |